IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA  DIVISION

| | |
|---|---|
| MARANDA DERRICK,<br><br>    Plaintiffs,<br><br>v.<br><br>HOLLAND ENTERPRISES, INC.,<br>SANDRA PRICE, AS<br>REPRESENTATIVE OF THE ESTATE<br>OF LESLIE PRICE, DECEASED,<br><br>    Defendants. | Civil No. 5:20-cv-00127 |

## NOTICE OF SETTLEMENT

COME NOW, **MARANDA DERRICK** ("Plaintiff") and **HOLLAND ENTERPRISES, INC.** and **SANDRA PRICE, AS REPRESENTATIVE OF THE ESTATE OF LESLIE PRICE, DECEASED** ("Defendants"), collectively referred to herein as "the Parties," and hereby notify the Court this matter has been resolved by settlement.

Respectfully submitted,

*/s/ John W. Greene*
John W. Greene
State Bar No. 08391520
*jgreene@scopelitis.com*
James D. Ellman
State Bar No. 24106749
*jellman@scopelitis.com*
Colleen McCoy
State Bar No. 24027492
*cmccoy@scopelitis.com*

**SCOPELITIS, GARVIN, LIGHT,
HANSON & FEARY, P.C.**
777 Main St., Suite 3450
Fort Worth, Texas 76102
Tel:   (817) 869-1700
Fax:   (817) 878-9472

**ATTORNEYS FOR DEFENDANTS**

*/s/ Stewart D. Matthews (with permission)*
Stewart D. Matthews
State Bar No. 24039042
S.D. MATTHEWS & ASSOCIATES, PLLC
*Attorney@accidentlawyer.legal*
2106 W. Ennis Avenue, Suite B
Ennis, Texas 75119
Tel:   (972) 398-6666
Fax:   (214) 206-9991

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

On the 24th day of June, 2021, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by the Federal Rule of Civil Procedure 5(b)(2).

*/s/ John W. Greene*
John W. Greene

4810-9218-8656,