# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| MARANDA DERRICK, § § § Plaintiff, § § v. § § HOLLAND ENTERPRISES, INC., § SANDRA PRICE, AS REPRESENTATIVE § OF THE ESTATE OF LESLIE PRICE, § DECEASED; § § Defendants. § | CIVIL ACTION NO. 5:20-CV-00127-RWS |

## FINAL JUDGMENT

Pursuant to the Court's order of dismissal, the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that the above-captioned cause is **DISMISSED WITH PREJUDICE**. All motions by any party not previously ruled on are hereby **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close the case.

**So ORDERED and SIGNED this 3rd day of August, 2021.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE